## JOHN HENSON V. THE STATE.

No. 9723.   Delivered February 10, 1926.

**Violating Election Laws—Jurisdiction of County Court—Transfer of Indict-
ment—Not Shown.**

Where a prosecution is had in the county court under an indictment,
to have validity it must have been returned into the district court, and
transferred by an order duly made by the judge of the district court.
Without such transfer the county court has no jurisdiction, and the cause
is reversed and remanded.  Following Richardson v. State, 57 Tex. Crim.
Rep. 84 and Harper v. State, 84 Tex. Crim. Rep. 345.

Appeal from the county court of Wilson County.   Tried be-
low before the Hon. C. B. Stevenson, Judge.

Appeal from a conviction for a violation of the election laws,
penalty a fine of $200.00.

*C. A. Davies, Walter Stout* and *T. P. Morris,* for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,*
Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—This appeal is from conviction in the
county court of Wilson County for violation of the election
laws, with punishment fixed at a fine of $200.00.

We are met at the threshold of our consideration of this case
by a jurisdictional question.   The prosecution is upon indict-
ment, which makes necessary the conclusion that same resulted
from a grand jury investigation, and to have validity it must
have been returned into the district court and been transferred
by an order duly made by the judge of the district court, to the
county court.   The record herein shows no transfer from any
district court to the county court of Wilson County.   Without
such transfer the county court has no jurisdiction.   The show-
ing of jurisdiction is a necessity, without which this court can
not take cognizance of the case.   Richardson v. State, 57 Tex.
Crim. Rep. 285; Harris v. State, 57 Tex. Crim. Rep. 84; Harper
v. State, 84 Tex. Crim. Rep. 345.

The judgment of the trial court is reversed and remanded
with instructions to the county court of Wilson County that if
no order appears to have been made transferring said case to
said county court, this prosecution will be dismissed.

*Reversed and remanded.*